UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 17-119 (NLH) |
| v. | : | ORDER OF TEMPORARY RELEASE TO FACILITATE |
| SANTOS COLON | : | EVALUATION |

THIS MATTER, having been opened to the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seeks an Order of Temporary Release to allow Santos Colon to participate in an evaluation to assess his suitability for placement at a facility where mental health and behavioral treatment can be provided, and the United States of America, R. Stephen Stigall, Assistant United States Attorney, Attorney-in-Charge appearing, having no objection to the defendant's application and good and sufficient cause having been shown,

IT IS on this day 7th of June, 2017, ORDERED that on June 14, 2017, at 12:00 p.m., Camden County Youth Detention Center shall release Santos Colon to the custody of his attorney, Richard Coughlin, Federal Public Defender, and Gary Pettiford, Supervisory United States Pretrial Services Officer, for a period not to exceed four hours.

IT IS FURTHER ORDERED that Santos Colon will be transported by Richard Coughlin, Federal Public Defender, and Gary Pettiford, Supervisory United States Pretrial Services Officer, directly to the evaluation site, and upon completion of the evaluation, Mr. Coughlin and Mr. Pettiford shall return Santos Colon directly to Camden County Youth Detention Center, not later than 4:00 p.m. on June 14, 2017, where Santos Colon will remain until further order of this Court.

IT IS FURTHER ORDERED that in the event that Santos Colon flees, attempts to flee, or fails to comply with instructions necessary to facilitate his return to custody, Mr. Coughlin and Mr. Pettiford shall immediately notify the United States Marshal, the Court, and the United States Attorney.

HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: June 7, 2017