UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

August 28, 2017
DATE OF PROCEEDINGS

COURT REPORTER: Robert T. Tate

Docket #   CRIM 17-00119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
            v.
SANTOS COLON, JR.
  DEFENDANT NOT PRESENT

APPEARANCES:
Stephen Stigall, AUSA for Government.
Richard Coughlin, Federal Public Defender for Defendant.

NATURE OF PROCEEDINGS:     STATUS HEARING
Defendant and Counsel has waived defendant's appearance.
Status hearing held.
Status hearing set for Friday, November 3, 2017 at 10:30 a.m., Courtroom 3A.

Time commenced: 10:00 a.m.
Time Adjourned:   10:100a.m.
Total Time: 10 min.

s/Lawrence MacStravic
DEPUTY CLERK