**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

December 21, 2017

Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

    Re:   <u>United States v. Santos Colon</u>
           Criminal No. 17-119 (NLH)

Dear Judge Hillman:

    Please accept this letter in lieu of a more formal submission in support of a proposed Order of Temporary Release in the captioned matter. The purpose of this request is to allow the defendant, Santos Colon, an opportunity to have dinner with his family on December 25, 20017, between the hours of 3:00 p.m. - 7:00 p.m.

    Yesterday, counsel requested Mr. Colon permission to be with his family on December 25, 2017 between the hours of 3:00p.m. – 7:00 p.m. Counsel has spoken with his parents and instructed them that if the Order allowing their son to be in their care is signed then they would agree to act on behalf of the Court as Third Party Custodians. They agreed to the all requirements and responsibilities of a third party a custodian, including reporting their son for any conduct outside his conditions of release. Additionally, counsel has conferred with Pre-Trial Services and it has been confirmed that Mr. Colon will be electronically monitored during the times of the Orders limited modification.

    Counsel is aware the government objection to the proposed modification of his release. In short the Government cannot agree to his release unless he is accompanied with a YCS staff member. Mr. Colon routinely travels outside YCS with staff members who ensure he is within the conditions of his release. I have conferred with YCS about the government's objections and they have generously

_____

offered to provide a staff member to transport and accompany Mr. Colon during the limited time of the proposed release. See (attached letter). Counsel has provided a proposed Order with these additional safeguards and modifications to assuage the government's objections and to additionally demonstrate the confidence and faith the YCS organization has in recognizing the progress Mr. Colon has made while in their care.

The proposed Order provides that Mr. Colon be released on December 25, 2017, to the custody of his YCS, and one of its staff members at 3:00 p.m., and transport him to the Teppanyaki Grill in Clementon New Jersey and return him back to YCS no later than 7:00 p.m. that evening. Pre-Trial services has reviewed this limited release and has no objections, however.

Thank you for your consideration in this matter.

Respectfully,

s/ *Christopher O'Malley*

CHRISTOPHER O'MALLEY
Assistant Federal Public Defender

cc: Patrick Askin , Attorney-in- Charge
C. Alexandria Bogle, Trial Attorney, Department of Justice
Christine Dozier, Chief Pretrial Services Officer

COM/a

Enclosure