

**YCS Southern Region**
20 E. Evergreen Avenue
Somerdale, NJ 08083
Tel: 856-309-5420
Fax: 856-309-5435

12/20/2017

**Honorable Judge,
Noel Hillman
United States District Court**

### A Request for a Family Outing

I am writing this letter to formally request that Santos Colon be permitted to spend time with his family on Christmas Day as from 3:00pm-7:00pm. They would like to have a family dinner at Teppanyaki Grill/Buffet. Address is 1419 Blackwood Rd Clementon, NJ 08021.
YCS will provide a staff person to provide transportation to and from the buffet. The staff will provide supervision during the outing.

Since his admission into YCS program, Santos has been following the rules and behavior expectations of the program. He has been compliant with the Court Surveillance procedures.

I am hopeful that Santos and family will be compliant with the terms of their outing. Should anything happen, Staff will call 911, and then, notify YCS Team for further action.

I hope this request will be granted as it will go along way to foster family relationship.

Yours truly,

*[signature]*

Careen Neba MSW, LSW
Clinician, YCS Sicklerville- PCH
Phone #: (856) 232- 8039
Fax #: (856) 232 – 3172


Cc   YCS Sicklerville Administrative team
     YCS Sicklerville Clinical Team