## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 17-119 (NLH) |
| v. | : | ORDER OF TEMPORARY RELEASE TO ATTEND |
| SANTOS COLON | : | FAMILY GATHERING |

THIS MATTER, having been opened to the Court by the defendant, Santos

Colon, through his attorney, Christopher O'Malley, Assistant Federal Public

Defender, who seeks an Order of Temporary Release to allow Santos Colon to

attend a family gathering between the hours of 3:00p.m. – 7:00 p.m. at Teppanyaki

Grill on December 25, 2017, 1419 Blackwood Clementon Road, Clementon New

Jersey, and good and sufficient cause having been shown,

IT IS on this day 21 st of December, 2017, ORDERED that on December

25, 2017, at 3:00 p.m., the Youth Consultation Services facility shall release Santos

Colon to the custody of YCS and its staff member to transport, and monitor Mr.

Colon while away from the YCS facility with his parents, Santos Colon Sr. and

Catherine Colon, and upon completing family gathering YCS shall return Santos

Colon back to Youth Consultation Services no later than 7:00 p.m. December 25,

2017

IT IS FURTHER ORDERED that Santos Colon will be transported by YCS with a staff member directly to Teppanyaki Grill 1419 Blackwood Clementon Road, Clementon New Jersey, and upon completion of the family gathering return Santos Colon directly to Camden County Youth Detention Center, not later than 7:00 p.m. on December 25, 2017, where Santos Colon will remain until further order of this Court.

IT IS FURTHER ORDERED that in the event that Santos Colon flees, attempts to flee, or fails to comply with instructions necessary to facilitate his return to custody, the Colons and YSC staff member shall immediately notify the United States Marshal, the Court, Pre-Trial Services, and the United States Attorney.

IT IS FURTHER ORDERED Santos Colon will be electronically monitored while away from YCS facility.


HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: December 21, 2017