UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 17-119 (NLH) |
| v. | : | ORDER ALLOWING RELEASE TO ATTEND |
| SANTOS COLON | : | FAMILY GATHERING |

THIS MATTER, having been opened to the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seek an Order to allow Santos Colon to attend a family gathering between the hours of 10:00 a.m. and 3:00 p.m. on April 1, 2018, at a location approved by Pretrial Services, and under the supervision of a Youth Consultation Services staff member, and the United States, Patrick Askin, Assistant United States Attorney appearing, having no objection to the proposed Order, and good and sufficient cause having been shown,

IT IS on this day 26th of March, 2018, ORDERED that on April 1, 2018, at 10:00 a.m., the Youth Consultation Services (YCS) residence shall release Santos Colon to the custody of his parents, Santos Colon, Sr. and Catherine Colon, and a YCS staff member, to transport Santos Colon, to a location approved by Pretrial Services for a family gathering, to include a meal, and upon completion of the

family gathering, his parents and the YCS staff member shall return Santos Colon to Youth Consultation Services not later than 3:00 p.m. April 1, 2018;

IT IS FURTHER ORDERED that in the event that Santos Colon flees, attempts to flee, or fails to comply with instructions necessary to facilitate his return to his YCS residence, his parents and the YCS staff member shall immediately notify the United States Marshal, the Court, Pretrial Services, and the United States Attorney.

IT IS FURTHER ORDERED Santos Colon will be electronically monitored while away from YCS facility.

*Noel L. Hillman*

HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: March 26, 2018
At Camden, New Jersey

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2018, Defendant's letter motion to allow the Defendant to leave his YCS residence for a family gathering was electronically filed with the Court and electronically served by Notice of Docket Activity on counsel, a filing user for the United States:

    Patrick Askin
    Assistant United States Attorney
    401 Market Street
    Camden, New Jersey 09102


                By:    <u>s/ Richard Coughlin</u>
                        RICHARD COUGHLIN
                        Federal Public Defender