UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN                                       April 27, 2018
                                                     DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

                                          Docket # CR 17-00119(NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
           vs.

SANTOS COLON
        DEFENDANT PRESENT

APPEARANCE:
Patrick C. Askin, AUSA for Government.
C. Alexandria Bogle, Trial Attorney Department of Justice.
Richard Coughlin, FPD. for Defendant.
Gary Pettiford, Supervisor U.S. Pretrial Services.

NATURE OF PROCEEDINGS:   BAIL REVIEW/STATUS HEARING
Ordered interpreter sworn; Spanish Interpreter, Irene Caramuta, sworn.
Hearing on counsel for defendant's oral motion for a bail modification
re: Conditional Release Order [13];
Ordered motion Granted.
Status hearing set for **Friday, July 13, 2018 at 3:00 p.m., Courtroom 3A.**
Order to be submitted by counsel.


Time commenced: 1:15 p.m.    Time Adjourned: 1:37 p.m.    Total Time:   22 min.


                                          s/ Gladys Novoa
                                          DEPUTY CLERK

cc: Chambers