UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 17-119 (NLH) |
| SANTOS COLON | : | ORDER MODIFYING AMENDED CONDITIONAL RELEASE ORDER |

This matter having been opened to the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seek an Order modifying the Amended Conditional Release Order entered on July 5, 2017, and the Court having considered the arguments of counsel, including the government's request that specific conditions be included in any modification order, and having also considered the reports concerning the defendant's conduct, academic progress, and mental health treatment, and good and sufficient cause having been shown,

It is on the 8th day of May, 2018, ORDERED that the Amended Conditional Release Order entered on July 5, 2017, be and is hereby modified as follows:

1. Subject to prior approval by Pretrial Services and YCS professional staff, Santos Colon shall be allowed to periodically leave the residential facility where he has been placed for purposes of participating in family events and outings.

2. Any approved family excursion must be in the company of at least one parent, and in the discretion of Pretrial Services and the YCS professional staff, a YCS staff member may be required to accompany the family as a condition of approval.

3. The duration of any excursion shall not exceed eight (8) hours, and in no case can it involve an overnight absence without further Order of the Court.

4. Before any excursion can be approved, an itinerary outlining estimated travel times and identifying destinations must be provided to YCS staff and Pretrial Services.

5. During the period of any excursion, the parent or parents to whom Santos

5. During the period of any excursion, the parent or parents to whom Santos Colon is released, shall serve as third party custodian, and in that capacity shall be required to immediately report to the Court any violations of the conditions of release, including any attempt to flee, any violations of the law, or any indication that Santos Colon poses a danger to himself or any other person.

6. In the event that an unanticipated impediment to travel arises which makes impossible a return to the YCS residential facility by the approved time or which necessitates a change in the approved itinerary, the escorting parent or parents must promptly contact Pretrial Services and YCS staff to advise them of the situation and follow any instructions issued by Pretrial Services and YCS staff at that time.

7. All other conditions of release remain in full face and effect.

It is so ORDERED.

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

At Camden, New Jersey