UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: CAMDEN                                  July 12, 2018
                                                DATE OF PROCEEDING

JUDGE NOEL L. HILLMAN
COURT REPORTER: Robert T. Tate

                                                Docket # CR 17-00119(NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
          vs.

SANTOS COLON
          DEFENDANT PRESENT

APPEARANCE:
Patrick C. Askin, AUSA for Government.
Richard Coughlin, FPD. for Defendant.
Gary Pettiford, Supervisor U.S. Pretrial Services.
Jenny Donahue, Spanish Interpreter.

NATURE OF PROCEEDINGS:         STATUS HEARING
Ordered interpreter sworn; Spanish Interpreter, Jenny Donahue, sworn.
Status hearing held.
Status hearing set for **Tuesday, October 23, 2018 at 10:30 a.m., Courtroom 3A.**


Time commenced: 4:28 p.m.   Time Adjourned: 4:43 p.m.   Total Time: 15 min.


                                                s/ Gladys Novoa
                                                DEPUTY CLERK

cc: Chambers