UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OCTOBER 23, 2018
CAMDEN OFFICE                                    DATE OF PROCEEDINGS
JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket #     CRIM 17-00119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
                          v.
SANTOS COLON, JR.
     DEFENDANT PRESENT

APPEARANCES:
Patrick C. Askin, AUSA for Government.
Richard Coughlin, Federal Public Defender for Defendant.
Gary Pettiford, U.S. Pretrial Officer.

NATURE OF PROCEEDINGS:   STATUS HEARING
Ordered interpreter sworn; Spanish Interpreter Jenny Donahue sworn.
Status hearing held.
Status hearing set for Tuesday, January 29, 2019 at 10:30 a.m., Courtroom 3A.

Time commenced: 11:00 a.m.
Time Adjourned: 11:40 a.m.
Total Time: 40 min.

s/Arthur Roney
DEPUTY CLERK