**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341  Telephone
(856) 757-5273  Facsimile

December 10, 2018

Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

    Re:    <u>United States v. Santos Colon</u>
            Criminal No. 17-119 (NLH)

Dear Judge Hillman:

Please accept this letter in lieu of a more formal submission on behalf of Santos Colon, who seeks an Order that would allow him to visit his family on Christmas Day.

On December 5, 2018, Mr. Colon visited his family at their residence to conduct a family therapy counselling session. Mr. Colon was accompanied by a counsellor from YCS who conducted the session. Afterwards, the counsellor reported that the session was productive and successful. The counsellor further indicated that based upon the success of the session and Mr. Colon's overall progress, it was her recommendation that a four (4) hour home visit on Christmas Day be permitted. In this regard, the counsellor indicated that such a visit would be therapeutically helpful.

    Mr. Colon's family has indicated that they would welcome and appreciate the opportunity to have their son visit for a short time on Christmas Day. Mr. Colon's family has further indicated an understanding that any such visit would be subject to the conditions of release entered by the Court on July 12, 2017, and have expressed willingness to alert the Pretrial Services Office of any violations of that Order.

_____

Moreover, because both the government and Pretrial Services have indicated that they have no objection to the defendant's application, it is respectfully requested that Mr. Colon be allowed to visit his family at their residence on December 25, 2018, between 8:30 a.m. and 12:30 p.m. Afterwards, Mr. Colon will return to his YCS residence. A proposed Order is attached for the Court's consideration.

Thank you for your consideration in this matter.

Respectfully,

*s/ Richard Coughlin*
RICHARD COUGHLIN
Federal Public Defender

Cc: Patrick Askin, Asst. U.S. Attorney
Gary Pettiford, U.S. Pretrial Services Officer
Santos Colon

CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2018, Defendant's letter motion to allow the Defendant to visit his family on Christmas Day was electronically filed with the Court and electronically served by Notice of Docket Activity on counsel, a filing user for the United States:

    Patrick Askin
    Assistant United States Attorney
    401 Market Street
    Camden, New Jersey  09102


                      By:    s/ Richard Coughlin_____
                              RICHARD COUGHLIN
                              Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 17-119 (NLH) |
| v. | : | ORDER ALLOWING HOME VISIT ON CHRISTMAS DAY |
| SANTOS COLON | : | |

THIS MATTER, having been opened to the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seeks an Order which would allow Mr. Colon to visit his family at their home for four (4) hours on Christmas Day, and the United States Attorney Patrick C. Askin, appearing, having no objection to the Defendant's application, and good and sufficient cause having been shown:

IT IS on this _____ day of December, 2018, ORDERED that the Defendant's application for permission to visit his family for four (4) hours at their residence on Christmas Day be and is hereby granted subject to the following conditions:

1. On Tuesday, December 25, 2018, Santos Colon may visit his family home between 8:30 a.m. and 12:30 p.m.

2. At the conclusion of the visit, Santos Colon shall return directly to the YCS residence where he currently lives.

3. During the home visit, all other conditions of release shall remain in full force and effect, including the requirement that Santos Colon not use a computer, phone or other devise to access the internet.

 

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: