UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

FEBRUARY 4, 2019
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket #    CRIM 17-00119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
      v.
SANTOS COLON, JR.
   DEFENDANT PRESENT

APPEARANCES:
Patrick C. Askin, AUSA for Government.
Richard Coughlin, Federal Public Defender for Defendant.
Gary Pettiford, U.S. Pretrial Officer.
Jenny Donahue, Spanish Interpreter.

NATURE OF PROCEEDINGS:      BAIL REVIEW/STATUS HEARING
Ordered Interpreter sworn; Spanish Interpreter, Jenny Donahue, sworn.
Status hearing held.
Hearing on joint application to modify terms of supervision;
Ordered application Granted; Order to be submitted by counsel.
Status hearing set for Monday, May 13, 2019 at 1:30 p.m., Courtroom 3A.

Time commenced: 1:51 p.m.
Time Adjourned:   2:05 p.m.
Total Time: 14 min.

s/GN
DEPUTY CLERK