

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| CRAIG CARPENITO | CAMDEN FEDERAL BUILDING & U.S. COURTHOUSE | 856.757.5026 |
| *United States Attorney* | 401 Market Street, 4th Floor | Fax: 856.968.4917 |
| | Post Office Box 2098 | patrick.askin@usdoj.gov |
| *Patrick C. Askin* | Camden, New Jersey 08101-2098 | |
| *Assistant United States Attorney* | | |

**March 19, 2019**

VIA ELECTRONIC FILING AND EMAIL
Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen U.S. Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

Re: *United States v. Santos Colon*, Criminal No. 17-119 (NLH)

Dear Judge Hillman:

      Please accept this letter in lieu of a more formal response to the Defendant's Motion to Amend the Conditions of Release, Docket # 32, filed by the Defendant's Counsel, Richard Coughlin, Esquire, on February 26, 2019.

      The government has no objection to the terms of the proposed release order (Docket # 32-1), but would ask that the defendant remain on a GPS monitoring bracelet during the new placement, until further order of the Court. This will allow the Pre-Trial Services Officers to know where the defendant is at all times when he is away from the residence. The government believes that this and the other conditions of release set forth in the proposed order will address the security concerns and provide protection to the public while still allowing Mr. Colon to make progress with his education and rehabilitation.

1

                Respectfully submitted,

                CRAIG CARPENITO
                United States Attorney

                ***/s/ Patrick C. Askin***
By:
                PATRICK C. ASKIN
                Assistant U.S. Attorney


cc (via email):  Richard Coughlin, Esq.
                Gary Pettiford, Pre-Trial Services