**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

August 14, 2019

Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

      Re:   <u>United States v. Santos Colon</u>
            Criminal No. 17-119 (NLH)

Dear Judge Hillman:

     In July 2017, the Court entered an Order of Conditional Release in the captioned matter. On August 13, 2019, the Court, after hearing from the parties regarding Mr. Colon's record of compliance and progress, ordered that the conditions of release be amended to permit both overnight visits to his family residence, and travel by public transportation to attend meetings with a Pretrial Services Officer. The Court further ordered that prior approval by Pretrial Services was required before either an overnight visit or public transit ride could be scheduled. A proposed Order reflecting the amendments to the conditions of release is enclosed. The proposed Order was reviewed by the United States and Pretrial Services, and there was no objection regarding the form or contents.

---

Thank you for your consideration in this matter.

        Respectfully,

        *Richard Coughlin*
        RICHARD COUGHLIN
        Federal Public Defender