UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | : : : | |
| v. | : : | CRIMINAL NO. 17-119 (NLH) |
| SANTOS COLON, Defendant | : : | ORDER MODIFYING CONDITIONS OF RELEASE |

This matter having been opened to the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seek an Order which modifies the existing conditions of release to allow Mr. Colon to schedule overnight visits to his family residence with prior approval by Pretrial Services, and to travel alone by public transportation to report as directed by Pretrial Services, and the United States, Patrick C. Askin, Assistant United States Attorney, having no objection, and good and sufficient cause having been shown,

IT IS on this 20th day of August, 2019, ORDERED that the Conditions of Release are amended as follows:

1. Santos Colon is permitted to schedule overnight visits to his family residence. All overnight visits must first be approved by Pretrial Services.

2. Santos Colon is permitted to travel alone by public transportation to attend scheduled meetings with Pretrial Services. All travel by public transportation must first be approved by Pretrial Services.

All other conditions of release, including location monitoring, remain in full force and effect.

*/s/ Noel L. Hillman*

HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: