**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

(856) 757-5341  Telephone
(856) 757-5273  Facsimile

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

April 27, 2020

Honorable Noel L. Hillman
United States District Judge
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, New Jersey 08101

      Re:   <u>United States v. Santos Colon</u>
            Criminal No. 17-119 (NLH)

Dear Judge Hillman:

    As discussed at the most recent status conference, Mr. Colon's treatment team at Community Treatment Solutions recommended that he be favorably discharged from the treatment program and that he be allowed to return home to reside with his family and continue treatment as directed by Pretrial Services. In the weeks that followed, the declaration of a public health emergency occurred and Mr. Colon with the approval of Pretrial services and under the direction of his treatment team, relocated to his home. He has remained with his family and is in compliance with the conditions of release. Due to the change of address and treatment, however, it is respectfully requested that an Amended Order of Release be entered to formalize the changed circumstances. A proposed Amended Order of

Release has been reviewed by both the United States, Patrick C. Askin, Assistant United States Attorney, and Pretrial Services, and neither has any objection to the proposed Amended Order. A copy is attached for the Court's consideration.

Thank you for your consideration in this matter.

          Respectfully,

          RICHARD COUGHLIN
          Federal Public Defender

cc:    Patrick C. Askin, AUSA
       Gary Pettiford, USPO
       Santos Colon