UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA: | CRIMINAL NO. 17-119 (NLH) |
| v.       : | ORDER AMENDING APRIL 2020 CONDITIONS OF RELEASE |
| SANTOS COLON    : | |

THIS MATTER having been opened by the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seek an Order amending the conditions of release to provide that Santos Colon shall be subject to a curfew from 11:00 p.m. to 7:00 a.m., or as otherwise approved by Pretrial Services, and the United States of America, Patrick C. Askin, Assistant United States Attorney, having no objection to the defendant's request, and good and sufficient cause having been shown,

IT IS on this __20th__ day of August 2020, ORDERED that the Order of Release entered on April 28, 2020 is amended as follows:

Santos Colon shall be subject to a daily curfew and required to be at his residence from 11:00 p.m. to 7:00 a.m., or at such other times as approved by Pretrial Services.

It is further Ordered that all other conditions of release, including the location monitoring requirement, shall remain in effect.

          s/ Noel L. Hillman
HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: August 20, 2020