UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA: | CRIMINAL NO. 17-119 (NLH) |
| v. : | |
| SANTOS COLON : | ORDER FOR EVALUATION PURSUANT TO 18 U.S.C. § 3552(c) |

WHEREAS, on April 3, 2017, Santos Colon entered a guilty plea to a one count Information charging material support to terrorists, in violation of 18 U.S.C. § 2339A;

WHEREAS in light of Santos Colon's age when the offense was committed and his age when the guilty plea was entered, and his documented history of mental health issues, his sentencing was continued without date;

WHEREAS, following the entry of the guilty plea, Mr. Colon was released from custody and subjected to a series of conditional release orders that afforded him the opportunity to receive mental health treatment, academic services, vocational training, and other support;

WHEREAS, the conditions of release have been gradually made less restrictive to the point where Mr. Colon has returned home and obtained employment;

WHEREAS, it appears that the purposes of the postponement of the sentence have been met and the resources for treatment and support available through Pretrial Services supervision have been maximized;

WHEREAS the Court, pursuant to 18 U.S.C. § 3552(c), desires more information than is otherwise available to it as a basis for determining the mental condition of Mr. Colon;

WHEREAS Mr. Colon, through his attorney, Richard Coughlin, Federal Public Defender, and the United States, Patrick C. Askin, Assistant United States Attorney, appearing, having jointly recommended that any evaluation Ordered by the Court be conducted by Gary B. Saathoff, M.D.;

WHEREAS the Court having reviewed the qualifications of Dr. Saathoff, is satisfied that he is qualified to conduct a psychiatric evaluation of Mr. Colon to assess his current mental condition in general and his risk of future dangerousness in particular;

IT IS on this 25th day of February, 2021

ORDERED that:

1. Pursuant to 18 U.S.C. § 3552(c) the Court desires more information than would otherwise be available at sentencing and a psychiatric evaluation and report are needed.

2. Pursuant to 18 U.S.C. 3552(c) an evaluation consistent with 18 U.S.C. § 4244(b) shall be conducted in the community by Gary B. Saathoff, M.D.

3. Pursuant to 18 U.S.C. §§ 4244(b) and 4247(c) (1) – (4)(f), Dr. Saathoff shall prepare and file with the Court a report that shall include, (a) Mr. Colon's history and present symptoms, (b) a description of the psychiatric, psychological, and medical tests that were used and the results of those tests, (c) the examiner's findings, and (4) any recommendation the examiner might have as to how Mr. Colon's mental condition should effect the sentence including any sentencing alternatives that can best accord Mr. Colon the kind of treatment he might require. Copies of the report shall be provided to Mr. Colon's attorney and to the attorney for the United States.

4. A copy of the charging documents, U.S. Pretrial Services Report, PSR, and any additional materials the Court deems necessary shall be provided Dr. Saathoff in connection with the evaluation.

5. The cost of the evaluation, and any travel expenditures incurred by Dr. Saathoff, shall not exceed the amount specified in the contract that engages his services pursuant to this Order.

_____
HONORABLE NOEL L. HILLMAN
United States District Judge

Dated: February 25, 2021
At Camden, New Jersey