UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

April 28, 2021
DATE OF PROCEEDINGS

COURT REPORTER: Robert T. Tate

Docket # CRIM 17-119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
     v.
SANTOS COLON, JR.
   DEFENDANT PRESENT (via Telephone)

TELEPHONE APPEARANCES:
Patrick C. Askin, AUSA and Stephanie Sweeten, USA-DOJ for Government.
Richard Coughlin, Federal Public Defender for Defendant.
Gary Pettiford, U.S. Pretrial.
Lilia Thomas, Spanish Interpreter.

NATURE OF PROCEEDINGS:     TELEPHONE STATUS HEARING
Status hearing held.
Ordered Telephone Status hearing set for Wed., June 23, 2021 at 10:00 a.m. and Sentence reset for Monday, October 4, 2021 at 10:00 a.m.

Time commenced: 1:00 p.m.
Time Adjourned: 1:25 p.m.
Total Time: 25 min.

s/GN
DEPUTY CLERK