UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

JUNE 23, 2021
DATE OF PROCEEDINGS

COURT REPORTER: Robert T. Tate

Docket # CRIM 17-00119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
SANTOS COLON, JR.
    DEFENDANT PRESENT (via Telephone)

TELEPHONE APPEARANCES:
Patrick C. Askin, AUSA and Stephanie Sweeten, USA-DOJ for Government.
Richard Coughlin, Federal Public Defender for Defendant.
Gary Pettiford, U.S. Pretrial.
Joseph DaGrossa, U.S. Probation.

NATURE OF PROCEEDINGS:   TELEPHONE STATUS HEARING
Status hearing held.
Ordered telephone status hearing set for Thursday, August 12, 2021 at 10:00 a.m.

Time commenced: 3:30 p.m.
Time Adjourned: 3:53 p.m.
Total Time: 23 min.

        s/GN
        DEPUTY CLERK