UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

AUGUST 30, 2021
DATE OF PROCEEDINGS

CAMDEN OFFICE
JUDGE NOEL L. HILLMAN

COURT REPORTER: Robert T. Tate

Docket # CRIM 17-00119 (NLH)

TITLE OF CASE:
UNITED STATES OF AMERICA
    v.
SANTOS COLON, JR.
   DEFENDANT PRESENT (via Telephone)

TELEPHONE APPEARANCES:
Patrick C. Askin, AUSA and FBI agent.
Richard Coughlin, Federal Public Defender for Defendant.
Gary Pettiford, U.S. Pretrial.
Joseph DaGrossa, U.S. Probation.

NATURE OF PROCEEDINGS:    TELEPHONE STATUS HEARING
Status hearing held re: sentence and housing.
Ordered Telephone status conference set for October 4, 2021 and Sentence set for October 4, 2021 is adjourned to Friday, December 17, 2021 at 10:00 a.m.

Time commenced: 11:00 a.m.
Time Adjourned: 11:30 a.m.
Total Time: 30 min.

s/GN
DEPUTY CLERK