UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 17-119 (NLH) |
| v.            : | |
| | ORDER AMENDING APRIL 2020 CONDITIONS OF RELEASE |
| SANTOS COLON      : | |

THIS MATTER having been opened by the Court by the defendant, Santos Colon, through his attorney, Richard Coughlin, Federal Public Defender, who seek an Order amending the conditions of release to allow the Pretrial Services Office, upon consultation with counsel for Mr. Colon and the United States, and only with the consent of the United States, to approve changes of residence for Mr. Colon, subject to the conditions and procedures set forth below, and the United States of America, Patrick C. Askin, Assistant United States Attorney, having no objection to the defendant's request, and good and sufficient cause having been shown,

IT IS on this   27th day of September 2020, ORDERED that the Order of Release entered on April 28, 2020 is amended as follows:

1. Paragraph 3 of the Amended Order of Release entered on April 28, 2020 is vacated.
2. Upon notice to counsel for Mr. Colon and the United States, and only with the consent of the United States, Pretrial Services may approve a change of residence for Mr. Colon.

3. Any residence occupied by Mr. Colon, and all of his property, including any computers, cellphones or other electronic devices, will be subject to search and inspection by Pretrial Services.
4. Consistent with Paragraph 14 of the plea agreement, any change in residence must also be consistent with any recommendations by his treatment team and must provide an environment that affords Santos Colon access to needed treatment services, including mental health treatment, while also ensuring the safety of the community and the appearance of Santos Colon at any future court proceedings.

It is further Ordered that all other conditions of release, including the location monitoring requirement, shall remain in effect.

<u>s/ Noel L. Hillman</u>
HONORABLE NOEL L. HILLMAN
United States District Judge

Dated:  September  27, 2021