DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Criminal No. |
|---|---|
| v. | |
| | **SENTENCING SUBMISSION NOTICE OF DEFENDANT** |
| Defendant(s). | |

Please be advised that, on this date, defendant submitted sentencing materials to the Court in this case.

Date:

By: _____