**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 17-119 (NLH) |
| | : | |
| SANTOS COLON | : | |

Please be advised that, on May 3, 2022, the United States submitted sentencing materials to the Court in this case concerning the defendant Santos Colon.


PHILIP R. SELLINGER
United States Attorney

By:    *s/Patrick C. Askin*
        Assistant U.S. Attorney