PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

RECEIVED
JUN 23 2022
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

Name of Individual Under Supervision: Santos Colon, Jr             Cr.: 17-00119-001
                                                                    PACTS #: 1651352

Name of Sentencing Judicial Officer:  THE HONORABLE NOEL L. HILLMAN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/09/2022

Original Offense:   Count One: Attempting to Provide Material Support to Terrorists 18 U.S.C. § 2339A

Original Sentence: 23 months imprisonment, 300 months supervised release

Special Conditions: Special Assessment, Computer Monitoring Software, Computer Search, Computer Search for Monitoring Software, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition, Polygraph Examination, Other Condition, Other Condition, Gang Associate/Member, Gang Restriction Court Ordered, Financial Disclosure

Type of Supervision: Supervised Release                Date Supervision Commenced: 05/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

**MENTAL HEALTH TREATMENT-MEDICATIONS**: "You must comply with the medication regimen prescribed by a licensed psychiatrist approved by the U.S. probation Office. If the licensed psychiatrist requests testing procedures to confirm you are taking your medications as prescribed, including but not limited to blood monitoring the U.S. probation office may direct you to undergo such testing procedures. You shall contribute to the cost of such services rendered and any psychotropic medications prescribed, via co-payment or full payment in an amount to be determined by the U.S. probation Office, based upon your ability to pay an/or the availability of third-party payment.

On June 4, 2022, during a routine home visit at Mr. Colon's residence, I requested to observe his prescription anti-psychotic medication for the purpose of confirming compliance with medication dosage requirements. Mr. Santos furnished a medication bottle for Apriprazole filled on May 2, 2022, with instructions to take one tablet every day and contained a 30-day supply. The medication bottle was unopened with all the medication remaining. When confronted, Mr. Colon admitted to not taking his medication as prescribed, discussed his resistance to the medication, and eventually disclosed that he has not consumed his medication since February 2022.

U.S. Probation Officer Action:
Mr. Colon had misrepresented his medication compliance with both his prescriber and primary clinician since February 2022. According to Mr. Colon's psychiatrist, Dr. Zindadil Gandhi, the diagnosis of schizoaffective disorder, puts the prognosis in guarded category, which means that the disorder does not get cured on its own, can worsen without treatment, and he does not recommend Mr. Colon stop his medication. According to Dr. Ghandi, Mr. Colon "had always told me that he took his medication and that is why I continued to treat him understanding that medication was keeping him stable"; however, he is

Prob 12A – page 2
Santos Colon, Jr

unable to "force" Mr. Colon to take his medication in an outpatient setting. According to Mr. Colon's primary therapist, Dr. David Flax, he has observed "no decline in his mental health or other red flags since he has been off the medication for 4-5 months." In consultation with the clinical team, it was determined that Mr. Santos will continue to attend weekly therapy sessions and medication monitoring visits with his psychiatrist for the purpose of reviewing the need for Mr. Colon to resume his medication regimen. Currently, the U.S. Probation Office is requesting a status hearing before the Court to address Mr. Colon's non-compliance with his medication regimen as required by the special condition of supervised release and guidance on the proposed plan moving forward.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony Stevens*

By: ANTHONY M. STEVENS
Senior U.S. Probation Officer

/ ams

APPROVED:

*Steve Alfrey*          6/21/2022

---

STEVEN ALFREY          Date
Supervising U.S. Probation Officer

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other (Request a Status Hearing - as recommended by the Probation Office)   6/30/2022 at 3:00pm Courtroom 3A.

_____
Signature of Judicial Officer

June 24, 2022
_____
Date