# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

August 11, 2022
**DATE OF PROCEEDINGS**

**JUDGE:** NOEL L. HILLMAN

**COURT REPORTER:** CAMILLE PEDANO

**Other(s)** Steven Alfrey, U.S. Probation

**Docket #** CR 1:17-119-001 (NLH)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
       vs.
SANTOS COLON, JR.
       **PRESENT**

**APPEARANCE:**
Patrick Askin, AUSA, for USA
Christopher O'Malley, AFPD, for Defendant

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.
Ordered status conference to be set within 60 days.
Order to be entered.

Time commenced: 12:55PM    Time Adjourned: 1:10PM    Total Time: 0:15

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**