PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Santos Colon, Jr     Cr.: 17-00119-001
PACTS #: 1651352

Name of Sentencing Judicial Officer:    THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/09/2022

Original Offense:    Count One: Attempting to Provide Material Support to Terrorists 18 U.S.C. § 2339A

Original Sentence: 23 months imprisonment, 300 months supervised release

Special Conditions: Special Assessment, Computer Monitoring Software, Computer Search, Computer Search for Monitoring Software, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition, Polygraph Examination, Other Condition, Other Condition, Gang Associate/Member, Gang Restriction Court Ordered, Financial Disclosure

Type of Supervision: Supervised Release     Date Supervision Commenced: 05/09/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

On June 30, 2022, Mr. Colon last appeared before Your Honor at which time the Court ordered a 30-day status hearing to address his compliance with his medication regimen. Since that date, Mr. Colon has resumed his medications as directed by his prescriber. I observed a prescription pill bottle for Arpiprazole filled on July 11, 2022, and Mr. Colon reports taking the medications as directed. According to Mr. Colon's primary therapist, he remains compliant with treatment attendance and expectations; however, Mr. Colon continues to express his resistance towards medications and is "more agitated and anxious" as a result. Recently, Mr. Colon experienced a mental health episode which resulted in clinical intervention. We will continue to monitor Mr. Colon's behaviors and coordinate with his clinical team. If there is any additional non-compliance, the Court will be promptly notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Steve Alfrey for*

By:   ANTHONY M. STEVENS
       Senior U.S. Probation Officer

Prob 12A – page 2
Santos Colon, Jr

/ ams

APPROVED:

*Steve Alfrey*                              8/9/2022

---
STEVEN ALFREY            Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

_____August 11, 2022_____
Date