UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-119 (NLH) |
| V. | : | |
| SANTOS COLON | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that K. Anthony Thomas, Interim Federal Public Defender for the District of New Jersey, has reassigned the above-captioned matter to Christopher O'Malley, Assistant Federal Public Defender, in substitution for Richard Coughlin, former Federal Public Defender, who previously appeared in this matter.

Respectfully submitted,

*s/ Christopher O'Malley*

Christopher O'Malley
Assistant Federal Public Defender

Dated:    August 15, 2022