## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE NOEL L. HILLMAN**

COURT REPORTER: Carol Farrell
OTHER: Anthony Stevens, U.S. Probation Officer.

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.

SANTOS COLON, JR.
    DEFENDANT PRESENT

**APPEARANCES:**
Patrick C. Askins, AUSA for Government.
Christopher O'Malley, Esq. for Defendant.

**NATURE OF PROCEEDINGS:**     **STATUS HEARING**
Status conference held.

**DATE OF PROCEEDINGS**
OCTOBER 18, 2022

**Docket #CR. 17-119 (NLH)**

Time commenced: 2:20 p.m.
Time Adjourned: 2:29 p.m.
Total Time: 9 min.

s/ GN
DEPUTY CLERK