PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

RECEIVED
JAN 19 2023
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

Name of Individual Under Supervision: Santos Colon, Jr     Cr.: 17-00119-001
PACTS #: 1651352

Name of Sentencing Judicial Officer:    THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/09/2022

Original Offense:    Count One: Attempting to Provide Material Support to Terrorists 18 U.S.C. § 2339A

Original Sentence: 23 months imprisonment, 300 months supervised release

Special Conditions: Special Assessment, Computer Monitoring Software, Computer Search, Computer Search for Monitoring Software, Search/Seizure, Life Skills Counseling, Education/Training Requirements, Location Monitoring Program, Mental Health Treatment, Other Condition, Polygraph Examination, Other Condition, Other Condition, Gang Associate/Member, Gang Restriction Court Ordered, Financial Disclosure, Other Condition, Other Financial Obligation, Mental Health Medications

Type of Supervision: Supervised Release             Date Supervision Commenced: 05/09/2022

## STATUS SUMMARY

Reference is made to the Report on Individual Under Supervision signed by the Court on June 24, 2022. Since then, the Court has scheduled status conferences to address Mr. Colon's compliance with prescription medications. Mr. Colon's clinical team has made several adjustments in the pharmaceutical interventions based off his reported side-effects; however, Mr. Colon's clinical team continues to express concerns about his truthfulness related to the psych-medications, as well as his resistance towards the directive to take them. According to Mr. Colon's prescriber, "it is challenging to engage his cooperation and obtain accurate information from him." He has also refused any further adjustment or increase in dosage, which would allow for an injectable conversion. In response, a Genomind test was ordered and completed which will allow the clinical team to understand more accurately, and confirm, potential side effects.

On January 18, 2023, I received information from Mr. Colon's mother that his behavior at the residence has become increasingly aggressive and disruptive. She noted that Mr. Colon has been spitting and urinating on the floor and kicked or punched holes in his bedroom wall. In response to this change in behavior, I conducted a home visit. I observed the damage in the bedroom, and Mr. Colon admitted to the behaviors reported by his mother. In consultation with Dr. Flax, it was determined that Mr. Colon would complete an evaluation for a higher level of care, and in return, Mr. Colon would be permitted to remain at his parent's residence. Mr. Colon reports that he is taking his medications as prescribed and physical inspections of the medications are consistent with dosage requirements. He states the change in his behavior is a direct result to "triggers" such as "loud noises" which include his parents walking up and down steps, as well as his father's coughing.

Prob 12A – page 2
Santos Colon, Jr

The U.S. Probation Office will continue to monitor Mr. Colon's behavior in the community and compliance with treatment requirements. Should further decompensation occur, or if Mr. Colon demonstrates non-compliance towards the conditions of supervised release, the Court will be promptly notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Anthony Stevens*

By:   ANTHONY M. STEVENS
       Senior U.S. Probation Officer

/ ams

APPROVED:

*Steve Alfrey*                    1/19/2023

STEVEN ALFREY                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☒  Other   Set a hearing for February 1, 2023

_____
Signature of Judicial Officer

January 19, 2023
Date