**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**JUDGE NOEL L. HILLMAN**

COURT REPORTER: Ann Marie Mitchell
OTHER: Anthony Stevens, U.S. Probation Officer.

**TITLE OF CASE**:
UNITED STATES OF AMERICA
vs.

SANTOS COLON, JR.
       DEFENDANT PRESENT

**DATE OF PROCEEDINGS**
 FEBRUARY 1, 2023

**Docket #CR. 17-119 (NLH)**

**APPEARANCES:**
Patrick C. Askins, AUSA for Government.
Christopher O'Malley, Esq. for Defendant.

**NATURE OF PROCEEDINGS:**         **STATUS HEARING**
Status conference held.
Ordered status hearing set for Monday, April 3, 2023 at 11:00 a.m., Courtroom 3A.
Ordered defendant's term of supervision continued.


Time commenced: 3:40 p.m.
Time Adjourned: 4:05 p.m.
Total Time: 20 min.

s/ GN
DEPUTY CLERK