**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**

**JUDGE NOEL L. HILLMAN**

**DATE OF PROCEEDINGS**
APRIL 3, 2023

COURT REPORTER: Carol Farrell
OTHER: Anthony Stevens, Matthew Weber, U.S. Probation Officers

**Docket #CR. 17-119 (NLH)**

**TITLE OF CASE**:
UNITED STATES OF AMERICA
       vs.

SANTOS COLON, JR.
    DEFENDANT PRESENT

**APPEARANCES:**
Patrick C. Askins, AUSA for Government.
Christopher O'Malley, Esq. for Defendant.

**NATURE OF PROCEEDINGS:**      **STATUS HEARING**
Status conference held.
Ordered status hearing set for Tuesday, July 11, 2023 at 2:00 p.m., Courtroom 3A.
Ordered defendant's term of supervision continued.


Time commenced: 11:40 a.m.
Time Adjourned: 11:50 a.m.
Total Time: 10 min.

                                        s/ GN
                                        DEPUTY CLERK